CA NO. 24-2054

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | D.C. No. 2:20-cr-00621-AB-1 |
| Plaintiff-Appellee, | ) | |
| v. | ) | |
| BLADE BAI, | ) | |
| Defendant-Appellant. | ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING APPELLANT'S OPENING BRIEF**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

HONORABLE ANDRE BIROTTE
United States District Judge

CARLTON F. GUNN
1010 North Central Ave.
Glendale, California 91202
Telephone (323) 474-6366

Attorney for Defendant-Appellant

CA NO. 24-2054

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | D.C. No. 2:20-cr-00621-AB-1 |
| )  Plaintiff-Appellee, ) | |
| ) v. ) | |
| ) BLADE BAI, ) | |
| )  Defendant-Appellant. ) | |
| ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING APPELLANT'S OPENING BRIEF**

    Defendant-Appellant, Blade Bai, hereby moves this Honorable Court for a 90-day extension of the deadline for filing Appellant's Opening Brief – from October 22, 2024, to January 20, 2025. This motion is made pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 31-2.2(b) and is based on the attached declaration of counsel, all files and records in this case, and such further information as may be provided to the Court regarding the motion. The motion is unopposed by the government.

                                            Respectfully submitted,

DATED: September 26, 2024      By   s/Carlton F. Gunn
                                                          CARLTON F. GUNN

# DECLARATION OF CARLTON F. GUNN

I, Carlton F. Gunn, hereby declare and state:

1.      I am a member of the bar of this Court and the Criminal Justice Act Appellate Panel for the Central District of California. I am appointed to represent Blade Bai in the above-entitled appeal.

2.      The present deadline for filing Appellant's Opening Brief is October 22, 2024. Through this motion, I am requesting a 90-day extension of that deadline – to January 20, 2025. There are several reasons for my request.

3.      First, the case appears to be relatively complex. It is a case which went to trial and the trial lasted 10 days, though it appears 2 of those days were truncated due to a defense attorney's illness. The charges are also somewhat complex, involving both money laundering and conspiracy.

4.      Second, I am only now able to begin reviewing the trial transcripts, as their production was delayed several times due to court reporter illness and I was on vacation when the transcripts were finally filed. While I intend to start immediately reviewing the transcripts, I will not be able to devote my time solely to this case, as I have oral arguments in two significant cases scheduled on October 7 and November 18.

5.      Third, my client, Mr. Bai, has told me he wishes to review the transcripts so he can provide me with information and thoughts about the appeal.

This will require me sending him the transcripts in electronic form, which I believe he will be able to review only at certain times at the institution where he is serving his sentence. He will then need time to write me with his thoughts about the appeal.

6. Fourth, this is a case in which there are also two trial codefendants who are appealing. Each of those codefendants has appellate counsel who will be reviewing the case for viable appellate issues just as I will. In order to most effectively represent Mr. Bai, I will want to consult with those other appellate counsel about potential appellate issues. Consulting with those other appellate counsel will take additional time and can be done only after they have completed their review of the record.

7. I believe I have exercised due diligence in this matter and believe I should be able to file the opening brief by the new requested date of January 20, 2025.

8. I have sent an email about this motion to multiple Assistant United States Attorneys who represented the government in the district court in this matter. Assistant United States Attorney Monica Tate has informed me that the government does not oppose this motion.

\* \* \*

9.       Mr. Bai is presently in custody serving his sentence.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: September 26, 2024            s/Carlton F. Gunn  
                                                    CARLTON F. GUNN